| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | ANDREW WONG, Bar #308269 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare St. Ste. 330 |
| 4 | Fresno, CA 93721 |
| | Telephone: 559-487-5561 |
| 5 | Fax: 559-487-5950 |
| 6 | Attorney for Defendant |
| | SALVADOR DEGORTARI |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:16-cr-00152 LJO |
|---|---|
| Plaintiff, | ) **AMENDED** |
| | ) STIPULATION TO CONTINUE STATUS |
| vs. | ) CONFERENCE; [~~PROPOSED~~] ORDER |
| SALVADOR DEGORTARI, | ) Date: December 4, 2017 |
| | ) Time: 2:00 pm. |
| | ) Judge: Hon. Barbara A. McAuliffe |
| *Defendant*. | ) |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Christopher Baker, counsel for the plaintiff, and Assistant Federal Defender Andrew Wong, counsel for defendant Salvador Degortari, that the status conference currently scheduled for December 4, 2017, at 2:00 p.m., may be moved to January 22, 2018, at 2:00 p.m.

The defense proposes this continuance for effective defense preparation, defense investigation, and plea negotiation.

///

///

///

///

///

|   |   |
|---|---|
| | Respectfully submitted, |
| | PHILLIP A. TALBERT<br>United States Attorney |
| Date: November 30, 2017 | */s/ Christopher D. Baker*<br>CHRISTOPHER D. BAKER<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: November 30, 2017 | */s/ Andrew Wong*<br>ANDREW WONG<br>Assistant Federal Defender<br>Attorney for Defendant<br>SALVDOR DEGORTARI |

## **O R D E R**

**IT IS SO ORDERED THAT** the 1st Status Conference re Violation of Supervised Release currently scheduled for December 4, 2017, at 2:00 p.m. before Judge McAuliffe, is hereby continued to January 22, 2018, at 2:00 p.m. before Judge Boone in Courtroom 9.

IT IS SO ORDERED.

Dated: **November 30, 2017**   /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE