| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | ANDREW WONG, Bar #308269 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare St. Ste. 330 |
| 4 | Fresno, CA 93721 |
| | Telephone: 559-487-5561 |
| 5 | Fax: 559-487-5950 |
| 6 | Attorney for Defendant |
| | SALVADOR DEGORTARI |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:11-cr-00292 LJO |
|---|---|
| | ) 1:15-cr-00006 LJO |
| Plaintiff, | ) 1:16-cr-00152 LJO |
| | ) |
| vs. | ) **STIPULATION TO CONTINUE STATUS** |
| | ) **CONFERENCE; ORDER** |
| SALVADOR DEGORTARI, | ) |
| | ) Date: January 22, 2018 |
| | ) Time: 2:00 pm. |
| Defendant. | ) Judge: Hon. Stanley A. Boone |
| | ) |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Christopher Baker, counsel for the plaintiff, and Assistant Federal Defender Andrew Wong, counsel for defendant Salvador Degortari, that the status conference currently scheduled for January 22, 2018, at 2:00 p.m., may be moved to April 9, 2018, at 8:30am before Judge O'Neill for Status Conference.

The defense proposes this continuance for effective defense preparation, defense investigation, and plea negotiation.

///

///

///

///

///

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: January 17, 2018     */s/ Christopher D. Baker*
CHRISTOPHER D. BAKER
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: January 17, 2018     */s/ Andrew Wong*
ANDREW WONG
Assistant Federal Defender
Attorney for Defendant
SALVDOR DEGORTARI

## **O R D E R**

The status conference currently scheduled for January 22, 2018, at 2:00 p.m., is hereby continued to April 9, 2018, at 8:30am.

IT IS SO ORDERED.

Dated:  **January 17, 2018**          **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE